UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHANIE GONZALES,

        Plaintiff,

   v.

BEST BUY STORES, LIMITED
PARTNERSHIP doing business as
Best Buy,

        Defendant.

CV 10-6362-HO

**JUDGMENT OF DISMISSAL**

Based upon the stipulation of the parties hereto, by and through their respective attorneys, it is hereby

//

//

//

//

Page 1 -    Judgment of Dismissal

ORDERED AND ADJUDGED that all of plaintiff's claims and defendant's counterclaim are dismissed with prejudice and without costs or attorney fees to any party.

DATED this 7th day of January, 2012.

_____
Michael R. Hogan
United States District Court Judge

Submitted By:

/s/ Jeffrey J. Druckman
Jeffrey J. Druckman
OSB No. 792148
(503)241-5033

Attorney for Defendant

Page 2 -           Judgment of Dismissal